UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 10-cr-00269-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ANGELIKA MOYE,

    Defendant.

---

**ORDER**

---

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Monday, July 19, 2010,** and responses to these motions shall be filed by **Wednesday, July 28, 2010.** It is

FURTHER ORDERED that a 3-day jury trial is set to commence on **Monday, August 9, 2010, at 9:00 a.m.** in courtroom A-1002. Finally, it is

ORDERED that the parties shall promptly contact the Court if a hearing on motions and/or final trial preparation conference needs to be set.

Dated this 3rd day of June, 2010.

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Chief U. S. District Judge