UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 10-cr-00269-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ANGELIKA MOYE,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a scheduling conflict, the Change of Plea hearing set for Monday, August 2, 2010 at 11:30 a.m. is **VACATED and RESET to Monday, October 25, 2010 at 11:00 a.m.**

    Dated: August 2, 2010.