UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No.   10-cr-00269-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ANGELIKA MOYE,

    Defendant.

## ORDER TO DISMISS

Upon consideration of the Government's Motion to Dismiss, and for good cause shown, it is hereby

ORDERED that Government's Motion to Dismiss [doc. #20], filed November 10, 2010, is GRANTED.  It is further

ORDERED that Counts Two and Three of the Indictment be dismissed as to the defendant.

Dated this 4th day of February, 2011.

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    WILEY Y. DANIEL,
                                    CHIEF UNITED STATES DISTRICT JUDGE